# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| DURRELL PUCKETT,<br>CDCR #G-05549,<br><br>                    Plaintiff,<br><br>vs.<br><br>NORTH KERN STATE PRISON EMPLOYEES, et al.,<br><br>                    Defendants. | Civil No.   08-1243 BTM (POR)<br><br>**ORDER GRANTING REQUEST FOR DOCUMENTS**<br><br>**[Doc. No. 33]** |

      Plaintiff has filed a "Motion for Transcripts at Government Expense" [Doc. No. 33]. In this request, Plaintiff seeks a copy of the "Notice of Appeal" filed on September 21, 2009 [Doc. No. 28]. This request is GRANTED. In addition, Plaintiff seeks a copy of the "attached documents of the July 30, 2009 or July 31, 2009 Judgement Order of Ordering Service by U.S. Marshal." Pl.'s Mot. at 1. Plaintiff claims that he lost these documents due to his "adverse situation" and "because of this his copies and/or originals [were] inadvertently lost/damaged." *Id.* The documents Plaintiff is referring to include seven (7) copies each of his Third Amended Complaint, summons and U.S. Marshal 285 forms. *See* Doc. No. 24, Attachments to Order

1  issued on July 31, 2009.  However, the Court's docket reflects that Plaintiff returned these
2  documents to the Court on September 15, 2009 as he was instructed to do in order for the Court
3  to send them to the U.S. Marshal's office for service.  *See* Doc. No. 27, Notice of Submission
4  of Documents.  However, the Court will send Plaintiff a copy of his Third Amended Complaint
5  along with a copy of the Court's most current docket.

6  Plaintiff's Motion for Transcripts is GRANTED [Doc. No. 33].  The Clerk of Court is
7  directed to mail Plaintiff a copy of the following documents: (1) Notice of Appeal [Doc. No. 28];
8  (2) Third Amended Complaint [Doc. No. 22]; and (3) the Court's current docket sheet.

10 DATED:  October 16, 2009

           _____
12         Honorable Barry Ted Moskowitz
           United States District Judge