# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| DURRELL PUCKETT, CDCR #G-05549,<br><br>                  Plaintiff,<br>vs.<br><br>NORTH KERN STATE PRISON EMPLOYEES, et al.,<br><br>                  Defendants. | Civil No.   1:08-1243 BTM (POR)<br><br>**ORDER DENYING MOTION FOR STAY AS MOOT [Doc. No. 36]** |

Plaintiff has filed a "Motion for Stay of All Future Proceedings Until Court of Appeals Decision." [Doc. No. 36]. On October 22, 2009, the Ninth Circuit Court of Appeals dismissed Plaintiff's appeal in this matter for lack of jurisdiction [Doc. No. 37]. Thus, Plaintiff's Motion to Stay the Proceedings is **DENIED** as moot.

DATED: October 26, 2009

                                                              _Barry Ted Moskowitz_
                                                          Honorable Barry Ted Moskowitz
                                                          United States District Judge